# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED

OCT 1 0 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

No. 02-2362

Kelvin Lamonte Lampkins,

    Appellant,

vs.

Robert Thompson;
Archie Luss, Jr.,

    Appellees.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri

4:97cv1015 RWS

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 30, 2003

Order Entered in Accordance with Opinion:

/s/ Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: /s/ Michael E. Gans