RECEIVED

NOV 2 6 2003


U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

RECORDS TRANSMITTAL SHEET

DATE: November 26, 2003

RE: 02-2362  Kelvin Lampkins vs. Robert Thompson

TO: Mr. James G. Woodward

FROM: James Foster

Enclosed are the following records for return to your office:

| | |
|---|---|
| Original file: | Transcript: 3 vols. |
| Deposition: | Sealed: |
| Exhibits: | |
| Other: | |

[x] Case closed          [ ] Counsel appointed

[ ] Per your request     [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s):  4:97-CV-1015 RWS

jjf